**INQUIRY COMMISSION, Complainant**

v.

**Kenneth Eugene RYLEE, Jr., KBA No. 85636, Respondent.**

**No. 2005-SC-0776-KB.**

Supreme Court of Kentucky.

Nov. 23, 2005.

Linda Gosnell, Chief Bar Counsel, Greg Munson, Office of Bar Counsel, Kentucky Bar Association, Frankfort, KY, Counsel for Complainant.

Gardner L. Turner, Sturgill, Turner & Truitt, Lexington, KY, Harry P. Hellings, Jr., Kenneth E. Rylee, Jr., Covington, KY, Counsel for Respondent.

**ORDER OF TEMPORARY SUSPENSION**

Kenneth Eugene Rylee, Jr., whose bar roster address is 111 Park Place, Covington, Kentucky 41011, has been charged with engaging in organized crime, criminal syndicate, a class B felony, and theft by extortion over $300, a class D felony. We agree with the Inquiry Commission that there is probable cause to believe, pursuant to SCR 3.165(1)(b), that the conduct of Rylee poses a substantial threat of harm to his clients or to the public at large.

In addition, Rylee has been charged in Woodford District Court, case No. 05-M-00028, with two counts of criminal solicitation in violation of KRS 506.030, class A misdemeanors.

It is therefore ORDERED that Kenneth Eugene Rylee, Jr., be and is hereby temporarily suspended from the practice of law in the Commonwealth of Kentucky until further order of this Court.

It is further ORDERED that:

1) Within 20 days from the date of the entry of the order of suspension, Rylee shall notify all clients in writing of his inability to continue to represent them, and shall furnish copies of the letters of notice to the Director of the Kentucky Bar Association.

2) Pursuant to SCR 3.165(6), Rylee shall immediately, to the extent reasonably possible, cancel and cease any advertising activities in which he is engaged.

3) The temporary suspension of Rylee shall be effective with the entry of this order and shall continue in effect until such time as the merits of this disciplinary proceeding can be finally determined by this Court in accordance with SCR 3.370 or SCR 3.480, or until such time as Rylee can show good cause why the order of temporary suspension should be amended or dissolved.

4) Rylee shall pay all costs of these proceedings for which execution may issue.

All concur.

ENTERED: November 23, 2005.

/s/ Joseph E. Lambert
Chief Justice